**AKERMAN SENTERFITT LLP**
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

TAYLOR L. BROADHEAD (SBN 268224)
Email: taylor.broadhead@akerman.com
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

Attorneys for Defendants
AURORA LOAN SERVICES, LLC and
DEUTSCHE BANK NATIONAL TRUST CO.
as Trustee of the RALI 2006-QO4 TRUST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| FRANCIA CARMEN GAUNT, an individual.<br><br>Plaintiff,<br><br>v.<br><br>HOMECOMINGS FINANCIAL NETWORK, INC.; DEUTSCHE NATIONAL BANK TRUST COMPANY AS TRUSTEE OF THE RALI 2006-QO4 TRUST; AURORA LOAN SERVICES, LLC; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 8:11-cv-01943-AG-RNB<br><br>*(Assigned to the Hon. Andrew J. Guilford)*<br><br>**FINAL JUDGMENT**<br><br><br>Complaint Filed: December 15, 2011<br>Trial Date: None |

{25186850;1}            CASE NO. 8:11-CV-01943-AG-RNB
**[PROPOSED] FINAL JUDGMENT**

1  For the reasons stated in the August 28, 2012, Order Granting Defendants'
2  Motion to Dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of
3  defendants and against plaintiff.

4  **IT IS SO ORDERED.**

6  DATED: March 18, 2013          _____
                                                 THE HONORABLE ANDREW J. GULLIFORD
                                                 UNITED STATES DISTRICT JUDGE

9  Submitted by:
10 AKERMAN SENTERFITT LLP
   Justin D. Balser
11 Taylor L. Broadhead

12    /s/ Justin D. Balser_____

14 725 South Figueroa Street, 38th Floor
   Los Angeles, CA 90017
15 Telephone: (213) 688-9500
   Facsimile:  (213) 627-6342

**AKERMAN SENTERFITT LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**AKERMAN SENTERFITT LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342